**BOSTON SCIENTIFIC CORPORATION and Boston Scientific Scimed, Inc., Plaintiffs–Appellees,**

v.

**CORDIS CORPORATION, Defendant–Appellant.**

**No. 2012–1316.**

United States Court of Appeals, Federal Circuit.

Feb. 12, 2013.

Young J. Park, Fish & Richardson, P.C., of New York, New York, argued for plaintiffs-appellees.

Gregory L. Diskant, Patterson Belknap Webb & Tyler, LLP, of New York, New York, argued for defendant-appellant. With him on the brief was Eugene M. Gelernter.

LOURIE, PROST, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**